360 A.2d 677
Commonwealth v. Ross, Appellant.

Argued June 21, 1976. Mark B. Frost, with him Mendel & Schwartz, for appellant; Eric Cox, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 655
Commonwealth v. Smejkal, Appellant.

Argued June 18, 1976. Arthur R. Sagoskin, Assistant Public Defender, with him Martin J. King, Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.